# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 751 MAL 2014
:
                Respondent   :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v.              :
:
:
:
DELORES ELLEN BRYANT,    :
:
                Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.